AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED

SEP 0 7 2022

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. C-22-1016M |
| Cresencio Rodriguez | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 5, 2022__ in the county of __Brooks__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 United States Code § 1324 | Did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law. |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Jamison F Wiroll, HSI, Special Agent
*Printed name and title*

Submitted by electronic means, sworn to, signature attested telephonically per Fed. R. Crim. P. 4.1 and probable cause found:

Date: September 7, 2022

*Judge's signature*

City and state: Corpus Christi, Texas

Jason B. Libby, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Jamison F. Wiroll, a Special Agent with Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), being duly sworn, hereby depose and state:

1. On September 5, 2022, Border Patrol Agent (BPA) Joe D. Chavez was assigned traffic check duties at the United States Border Patrol Checkpoint, located approximately 13 miles south of Falfurrias, Texas. At 2248 hours, a blue Kenworth tractor truck bearing Texas license plate R46-5371 pulling a white refrigerated trailer approached the primary inspection lane for an immigration inspection of its occupants. The driver was later identified as Cresencio RODRIGUEZ. BPA Chavez questioned RODGRIUEZ if he was by himself, and RODRIGUEZ replied, "Yes." BPA Chavez questioned RODGRIGUEZ as to his citizenship, and RODRIGUEZ stated that he was a United States Citizen. BPA Chavez asked RODRIGUEZ what he was hauling, and RODRIGUEZ replied, "Produce." BPA Chavez then proceeded to ask RODRIGUEZ where he picked up the load. RODRIGUEZ responded, "McAllen." BPA Chavez asked RODRIGUEZ if he was present at the time of the loading. RODRIGUEZ paused before replying, "Yes, I was inside the truck when they loaded."

2. As the primary inspection was being conducted, BPA Canine Handler, Enrique Benitez, was performing a free air sniff with his canine partner, Kalie. BPA Benitez advised BPA Chavez that his partner canine Kalie had alerted and requested that the tractor be sent to secondary inspection. BPA Chavez asked RODRIGUEZ if the trailer had a lock or seal in the back, and RODRIGUEZ replied, "No." Based on the canine alert, BPA Chavez referred RODRIGUEZ to the secondary inspection area for further investigation.

3. At secondary, further inspection revealed twenty-six subjects located inside the refrigerated trailer attempting to conceal themselves behind boxes of produce. An immigration inspection of the subjects was performed by the Border Patrol Agents in secondary. The inspection revealed that nine of the subjects were nationals of Mexico, ten of the subjects were nationals of El Salvador, five of the subjects were nationals of Guatemala, and two of the subjects were nationals of Honduras. All the subjects freely and willingly stated they were present in the United States illegally without the proper documentation to remain in the United States legally. RODRIGUEZ and all subjects were placed under arrest and escorted inside the checkpoint for further processing and disposition.

4. BPA Joe Chavez advised RODRIGUEZ of his rights in his preferred language of English as per Service form I-214, as witnessed by BPA Kristen Higgins. RODRIGUEZ verbally stated that he understood his rights and signed Service form I-214. RODRIGUEZ exercised his right to an attorney and refused to make a statement.

5. On 9/6/2022 at 10:34 a.m., Homeland Security Investigations (HSI) Special Agents (SAs), Jamison F Wiroll and Juan DeArcos arrived on scene. HSI SAs assisted BPA with processing the paperwork that was discovered in the tractor-trailer. The paperwork revealed that RODRIGUEZ was driving the tractor-trailer for R2R United Logistics. SA Wiroll contacted the dispatcher for R2R United Logistics who confirmed that

RODRIGUEZ was employed by R2R since 2018. R2R shared screen shots of the "E-Log" book (fleet software), which tracked RODRIGUEZ's movements on September 6, 2022.

6. The screen shots revealed that RODRIGUEZ's tractor-trailer left an address on Cesar Chavez Rd, Edinburg Texas, (5:11pm) and travelled 9 miles to a truck stop (8205 N Expressway 281, Edinburg TX 78542) where it parked for 10 minutes. At 5:26pm, the vehicle traveled 22 miles to 2501 W. Military Hwy, in McAllen, Texas. This address was confirmed by SA Wiroll as the Warehouse (A-27) where RODRIGUEZ picked up the produce that was found in the tractor-trailer. At 9:06pm, RODRIGUEZ's tractor trailer traveled 17 miles back Cesar Chavez Rd, Edinburg Texas. RODRIGUEZ's truck was idle there for 16 minutes before it departed and was driven directly to the U.S. Border Patrol Checkpoint on US281.

7. R2R Logistics advised that RODRIGUEZ lists his home address as being on Cesar Chavez rd, Edinburg TX78542. This is the same location from which the tractor trailer originally departed, and to which it returned for 16 minutes before departing from the checkpoint. The dispatcher from R2R Logistics stated that it was not normal for RODRIGUEZ to be on that road after picking up a load of produce. The dispatcher also was not sure why the street number to which he returned after picking up the produce was off from his actual residence number. Both addresses on Cesar Chavez Rd. are in a very rural area where it would be easy to conceal illegal aliens and to load them into a tractor trailer.

8. SA Wiroll contacted Juan Manuel Celis the manager of La Unica Supercenter, located in Greenville SC. Mr. Celis was able to provide information about the loading of the truck. Mr. Celis stated that the loading of the truck was captured on video surveillance footage. He stated he observed only loading of produce into the truck. Mr. Celis stated, if necessary, he could provide a copy of the footage. Mr. Celis stated that it is not his company's common practice to use seals on the trucks containing his produce.

### MATERIAL WITNESS STATEMENTS:

**LACAN-Ramos, Luis Felipe**

9. LACAN-Ramos, Luis Felipe:
Border Patrol Agent J. Chavez, read LACAN-Ramos his rights as per form I-214 in his preferred language of Spanish. Border Patrol Agent A. Boisseau witnessed the reading of those rights. LACAN-Ramos stated that he understood his rights and was willing to make a statement. LACAN-Ramos claims to have paid 40,000.00 Quetzales to be smuggled into the United States from Mexico. LACAN-Ramos claims that he did not pay any additional money thereafter. LACAN-Ramos was unable to identify the driver out of a six-pack photo lineup and did not provide any exculpatory statement.

**PEREZ-Alvarado, Edwin Jeovanni**

10. PEREZ-Alvarado, Edwin Jeovanni:
Border Patrol Agent J. Ochoa, read PEREZ-Alvarado his rights as per form I-214 in his

preferred language of Spanish. Border Patrol Agent S. Cisneros witnessed the reading of those rights. PEREZ-Alvarado stated that he understood his rights and was willing to make a statement. PEREZ-Alvarado stated that he crossed the U.S./Mexico Boundary on September 5, 2022, by raft. PEREZ-Alvarado stated that he walked with three other people for about four hours after he crossed into the United States. An unknown man with tattoos picked his group up in a gray four-door car. They were moved between three to four houses in McAllen, Texas, all of which were single-story brick homes. PEREZ-Alvarado told agents that he could hear a train in the distance. PEREZ-Alvarado stated that, at the final stash house, he was placed in a room with two other subjects and has no other idea how many other subjects were in the other rooms. PEREZ-Alvarado told agents that he stayed in the last stash house for approximately four hours. A black Ford four door sedan then arrived to pick he and four other subjects up and drove 20 minutes to another location where they were dropped off at a trailer. PEREZ-Alvarado stated that he stayed in an empty trailer container for about two hours until he and the other four subjects were moved to the next tractor trailer. Once the doors to the tractor-trailer closed, they travelled for about an hour with no means of escape. PEREZ-Alvarado was in fear for his life, and his cell phone was taken at last stash house by one of the smugglers. PEREZ-Alvarado stated that he did not pay the driver. PEREZ-Alvarado's intended destination was Houston, Texas. PEREZ-Alvarado was unable to identify the driver out of a six-pack photo lineup.

11. Based on the information contained herein, I submit that there is probable cause to believe RODRIGUEZ did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, did move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of Title 8, United States Code, Section 1324.

Jamison F. Wiroll
Special Agent
Homeland Security Investigations

Submitted by electronic means, sworn to, signature attested telephonically per Fed. R. Crim. P. 4.1, and probable cause found on this day September ___7___, 2022:

Jason B. Libby
United States Magistrate Judge